

# Fourth Court of Appeals
## San Antonio, Texas

December 16, 2015

No. 04-15-00774-CV

**IN RE CHENEGA SUPPORT SERVICES, LLC**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice
              Jason Pulliam, Justice

On December 9, 2015, relator Chenega Support Services, LLC filed a petition for writ of mandamus and motion for temporary emergency stay pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and motion for temporary emergency stay are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on December 16, 2015.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of December, 2015.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2015-CI-13340, styled *American Hospital Services Group, LLC v. Dependable Health Services, Inc.; Dependable American Hospital Services, LLC; and Amegy Bank National Association*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Martha B. Tanner presiding.